# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Duane Allman Roe, | ) | Case No. 1:12-mj-110 |
| Defendant. | ) | |

On July 16, 2012, the Government filed a Motion to Dismiss the Criminal Complaint without prejudice pursuant to Fed. R. Crim. P. 48(a). The court convened a conference with counsel on July 17, 2012. AUSA Rick Volk appeared on the Government's behalf. Assistant Federal Public Defender Heather Mitchell appeared on defendant's behalf. Defendant did not object to the Government's motion.

Accordingly, the court **GRANTS** the Government's motion (Docket No. 13). The Criminal Complaint filed against defendant shall be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge